# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 3:09-CR-79-011 |
| | ) |
| MARY ROBERTS a/k/a MARY CARROLL | ) |

## AGREED ORDER OF REVOCATION

A Petition for Warrant for Offender Under Supervision has been filed against MARY ROBERTS a/k/a MARY CARROLL (hereinafter "Defendant"), seeking revocation of her supervised release; and the said Defendant admits that she has violated the conditions of her supervised release as alleged in Violation Numbers 1 and 2 as set forth in the Petition. An agreement has been reached between the parties, recommending that the Defendant's current supervised release should be revoked and that she should receive a sentence of five (5) months incarceration followed by twenty-four (24) months of supervised release, with the original terms of supervised release to remain in effect. The parties have further agreed that it be recommended that she serve her sentence at the Bureau of Prisons Facility in Alderson, West Virginia.

The Defendant waives her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives her right to allocute at a revocation hearing, and further asks that the agreement between the Defendant and the United States, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines, and finds as follows: The violations committed by the defendant are "Grade C" violations; the Defendant's criminal history category is III; and the advisory guideline range is 5 - 11 months, with a statutory maximum sentence of 2 years imprisonment.

Additionally, the Court has considered the sentencing factors listed in 18 U.S.C. §3553(a), and concludes that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. §3553(a), while taking into consideration all of those factors and the Chapter Seven policy statements. The recommended sentence is within the advisory guideline range; and is necessary to reflect the seriousness of the offenses committed by the Defendant, to promote respect for the law, and to deter others who violate supervised release. It is therefore

**ORDERED** that the Defendant's supervised release be and hereby is revoked. It is further

**ORDERED** that the Defendant be and hereby is sentenced to a term of five (5) months incarceration followed by twenty-four (24) months of supervised release; with the original terms of supervised release to remain in effect. The parties have also agreed that it be recommended that the Defendant serve her sentence at the Bureau of Prisons Facility in Alderson, West Virginia; and that the Defendant will receive credit for time served in federal custody on this matter, including 3 days from November 10-12, 2014 erroneously in federal custody in the Blount County, Tennessee, Jail.

**ENTERED** this 17th day of December, 2014.

HON. R. LEON JORDAN
United States District Judge

APPROVED FOR ENTRY:

DAVID P. LEWEN, Esq.
Assistant United States Attorney

GERALD L. GULLEY, JR., Esq.
Attorney for Defendant

MARY ROBERTS
Defendant

JENNIFER H. FLETCHER
United States Probation Office